# Notice Recipients

District/Off: 0752−1  User: admin  Date Created: 4/16/2024
Case: 24−05483  Form ID: pdf001  Total: 28

**Recipients of Notice of Electronic Filing:**
tr    Marilyn O Marshall    courtdocs@chi13.com
aty   Lizette Villegas      ndil@geracilaw.com

TOTAL: 2

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db         Jamia Toiya Stewart    1701 N Mason Ave    2    Chicago, IL 60639
30792091   AT&T Corp    Bankruptcy Dept    One AT&T Way, Suite 3A104    Bedminster,NJ 07921
30792094   After Pay    Bankruptcy Dept    760 Market St., Floor 2    San Francisco,CA 94102
30792090   Arnold Scott Harris PC    Bankruptcy Dept.    111 W Jackson Blvd Ste 600    Chicago,IL 60604
30792073   Blitt & Gaines    Bankruptcy Dept.    775 Corporate Wood Parkway    Vernon Hills,IL 60061
30792082   Capital One    Attn: Bankruptcy Dept.    PO BOX 31293    SALT LAKE CITY,UT 84131
30792089   City of Chicago Bureau Parking    Bankruptcy Dept/City Clerk    121 N. LaSalle St    Room 107    Chicago,IL 60602
30792092   City of Chicago EMS    Bankruptcy Dept    33589 Treasury Center    Chicago,IL 60694
30792072   Clerk, First Mun Div    22−M1−118098    50 W. Washington St., Rm. 1001    Chicago,IL 60602
30792071   Discover Bank    Attn: Bankruptcy Dept.    PO BOX 30939    SALT LAKE CITY,UT 84130
30792083   Edfinancial Services L    Attn: Bankruptcy Dept.    120 N SEVEN OAKS DR    KNOXVILLE,TN 37922
30792086   Equifax    Attn: Bankruptcy Dept.    1550 Peachtree St. Ne    Atlanta,Ga 30309
30792085   Experian    Attn: Bankruptcy Dept.    Po Box 2002    Allen,Tx 75013
30792076   Jefferson Capital Syst    Attn: Bankruptcy Dept.    16 MCLELAND RD    SAINT CLOUD,MN 56303
30792074   Jpmcb Card    Attn: Bankruptcy Dept.    PO BOX 15369    WILMINGTON,DE 19850
30792080   Kikoff Lending Llc    Attn: Bankruptcy Dept.    PO BOX 40070    RENO,NV 89504
30792077   Medical Payment Data    Attn: Bankruptcy Dept.    2001 9th Ave, Suite 312    Vero Beach,FL 32960
30792079   Portfolio Recov Associates    Attn: Bankruptcy Dept.    120 CORPORATE DRIVE    NORFOLK,VA 23513
30792088   Rush University Medical Center    Bankruptcy Dept    1653 W Congress Pkwy    Chicago,IL 60612
30792078   Rush University Medical Center    Bankruptcy Dept.    1653 W Congress Pkwy    Chicago,IL 60612
30792081   Santander Consumer Usa    Attn: Bankruptcy Dept.    PO BOX 961245    FT WORTH,TX 76161
30792075   Td Bank Usa/Targetcred    Attn: Bankruptcy Dept.    PO BOX 673    MINNEAPOLIS,MN 55440
30792084   Transunion    Attn: Bankruptcy Dept.    Po Box 1000    Chester,Pa 19022
30792093   Upstart    Bankruptcy Dept    2950 Delaware St    San Mateo,CA 94403
30792087   Verizon Wireless    Bankruptcy Department    500 Technology Dr Ste 550    Weldon Spring,MO 63304
30792095   Zip Inc.    Bankruptcy Dept.    228 Park Ave S    PMB 59872    New York,NY 10003

TOTAL: 26